IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES A. DEVLIN,

      Plaintiff,　　　　　　　　　No. CIV S-07-1476 GEB KJM P

  vs.

KEN CLARK, et al.,

      Defendants.　　　　　　　FINDINGS AND RECOMMENDATIONS

_____/

      Petitioner, a state prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. He has paid the filing fee.

      Petitioner challenges his 1996 Sacramento County Superior Court conviction for possession of heroin by an inmate in violation of California Penal Code § 4573.6 and the finding that he had suffered three prior strikes. He raises a single challenge to the conviction:

> At sentencing the court failed to exercise fair discretion in applying P. C. 1385 and correctly dismiss allegations (priors) and accordingly sentence petitioner.

Pet. at 6.

      A court may dismiss a habeas petition without issuing an order to show cause if it appears the petitioner is not entitled to relief. Harris v. Nelson, 394 U.S. 286, 298-99 (1969); Hunt v. Eyman, 429 F.2d 1318, 1319 (9th Cir. 1970).

1

1  Under California Penal Code § 1385, a trial court has discretion to strike one or
2  more prior convictions in the furtherance of justice. People v. Carmony, 33 Cal.4th 367, 375
3  (2004). Absent fundamental unfairness, federal habeas relief is not available for a state court's
4  misapplication of its own sentencing laws. Ely v. Terhune, 125 F.Supp.2d 403, 411 (C.D. Cal.
5  2000) (holding claim that state court erred by refusing to strike a prior strike conviction did not
6  state a federal question). The exhibits attached to petitioner's habeas petition show that the
7  superior court considered the question and declined to exercise its discretion to strike any of
8  petitioner's prior convictions. Pet., Exs. B & C. Accordingly, the petition does not present a
9  federal question.

10  Accordingly, IT IS HEREBY RECOMMENDED that petitioner's application for
11  a writ of habeas corpus be denied.

12  These findings and recommendations are submitted to the United States District
13  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty
14  days after being served with these findings and recommendations, petitioner may file written
15  objections with the court. The document should be captioned "Objections to Magistrate Judge's
16  Findings and Recommendations." Petitioner is advised that failure to file objections within the
17  specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951
18  F.2d 1153 (9th Cir. 1991).
19  DATED: August 10, 2007.

U.S. MAGISTRATE JUDGE

26  2/devl1476.156